Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Newark, New Jersey
### Civil Division

2021 MAR 10 A 10: 55

| | |
|---|---|
| John Cravo Lasheras<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>United States et al<br>SEE THE ATTACHED COMPLAINT ADDENDUM FOR ALL PRINCIPAL DEFENDANTS.<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Cravo Lasheras |
| Street Address | 213 Clark Place |
| City and County | Elizabeth, Union County |
| State and Zip Code | New Jersey, 07206-2016 |
| Telephone Number | 551-482-6232 |
| E-mail Address | johncravolasheras@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name       SEE ATTACHED DOCUMENT LABELED DEFENDANT
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 2
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S CONSTITUTION AMENDMENTS 1, 4, 5, 6, 7, 8, 9, 10, 13, 14. MORISSEY V BREWER, BORD OF REGENTS V ROTH, MUSSER V UTAH AND MORE (PLEASE SEE COMPLAINT ADDENDUM). FEDERAL REGULATIONS: 28 CFR § 2.20 28 CFR § 600.4 28 CFR § 2.20 18 CFR § 3c.3 49 CFR § 1103.5 AND MORE PLEASE SEE COMPLAINT ADDENDUM

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff *(name)* _____ is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation
   The plaintiff *(name)* _____ is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant *(name)* _____ is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a corporation
   The defendant *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Lasheras filed suit against THE FBI, THE ELIZABETH POLICE DEPARTMENT, TRINITAS REGIONAL MEDICAL CENTER, Facebook Incorporated and Palantir Technologies after four years of complaints to the FBI about their racketeering crimes AND THE GOVERNMENT FAILED TO ACT BY NOT ACCEPTING THE CASE INFORMALLY (A BLANK ORDER FOR MONTHS). EACH DEFENDANT ACCUSED IS SUSPECTED OF BEING A CORPORATE OR GOVERNMENTAL ACCOMPLICE TO FACEBOOK INCORPORATED AND PALANTIR TEHCNOLOGIES. SEE COMPLAINT ADDENDUM

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF AND EXECUTOR IS SEEKING $154 BILLION DOLLARS IN THIS CLASS ACTION LAW SUIT FROM THE DEFENDANTS IN TOTALITY FOR THE BENEFICIARIES OF THIS SUIT. THE PLAINTIFF IS SEEKING RELIEF FROM THE OFFICE OF THE INSPECTOR GENERAL OF THE DEPARTMENT OF JUSTICE TO INVESTIGATE THE CRIMINAL ACTIONS OF FACEBOOK INCORPORATED AND PALANTIR TECHNOLOGIES. THE PLAINTIFF IS SEEKING AN AUDIENCE BEFORE THE SENATE JUDICIARY COMMITTEE TO LOBBY THE GOVERNMENT TO BAN CENSORSHIP AS A FUNCTION OF ITS UNCONSTITUTIONAL ILLEGALITY.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/07/2021

Signature of Plaintiff

Printed Name of Plaintiff: John Cravo Lasheras (Pro Se Litigant and Executor)

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## PRINCIPAL DEFENDANTS:

Name: THE FEDERAL BUREAU OF INVESTIGATION
Job or Title (if known): Federal Law Enforcement Agency
Street Address: 11 Centre Pl
City and County: Newark, Essex County
State and Zip Code: NJ, 07102
Telephone Number: (973) 792-3000
Email Address: N/A

Name: Claire C. Cecchi
Job or Title (if known): Federal District Court Judge
Street Address: 50 Walnut St #4015
City and County: Newark, Essex County
State and Zip Code: NJ 07102
Telephone Number: (973) 645-3730
Email Address: N/A

Name: Edward S. Kiel
Job or Title (if known): Federal District Court Judge
Street Address: 50 Walnut St #4015
City and County: Newark, Essex County
State and Zip Code: NJ 07102
Telephone Number: (973) 645-3730
Email Address: N/A

Name: GOOGLE INCORPORATED
Job or Title (if known): Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address: 1600 Amphitheatre Parkway
City and County: Mountain View, Santa Clara County
State and Zip Code: CA, 94043
Telephone Number: N/A
Email Address: uslawenforcement@google.com

Name: FACEBOOK INCORPORATED
Job or Title (if known): Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address: 1 Hacker Way
City and County: Menlo Park, San Mateo County
State and Zip Code: California, 94025
Telephone Number: N/A
Email Address: zuck@fb.com

Name: MICROSOFT INCORPORATED
Job or Title (if known): Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address: 1 Microsoft Way
City and County: Redmond, King County
State and Zip Code: Washington 98052-6399
Telephone Number: (800) 285-7772
Email Address: msft@microsoft.com

Name:Twitter Incorporated
Job or Title (if known):Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address:1355 Market Street, Suite 900
City and County:San Francisco, San Francisco County
State and Zip Code:CA, 94103
Telephone Number:N/A
Email Address:N/A

Name:AMAZON INCORPORATED
Job or Title (if known):Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address:440 Terry Avenue
City and County:Seattle, King County
State and Zip Code:WA, 98109
Telephone Number:N/A
Email Address:N/A

Name:PAYPAL INCORPORATED
Job or Title (if known):Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address:2211 North First Street
City and County:San Jose, Santa Clara County.
State and Zip Code:CALIFORNIA, 95131
Telephone Number:N/A
Email Address:N/A

Name:TESLA INCORPORATED
Job or Title (if known):Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address:3500 Deer Creek Road
City and County:Palo Alto, San Mateo County
State and Zip Code:CA, 94304
Telephone Number:N/A
Email Address:N/A

Name:NEURALINK INCORPORATED
Job or Title (if known):Private Corporate Entity
Street Address:7400 Paseo Padre Pkwy
City and County:Fremont, Alameda County
State and Zip Code:CA, 94555-3663
Telephone Number:N/A
Email Address:N/A

Name:PALANTIR TECHNOLOGIES
Job or Title (if known):Publicly Traded Corporate Entity (Incorporated in the United States)
Street Address:15 Little W 12th St
City and County:New York City, New York County
State and Zip Code:New York, 10014
Telephone Number:N/A
Email Address:N/A

Name:QUORA INCORPORATED
Job or Title (if known):Privately Held Corporate Entity
Street Address:650 Castro Street
City and County:Mountain View, Santa Clara County
State and Zip Code:California, 94041
Telephone Number:N/A
Email Address:N/A

Name:LINKEDIN INCORPORATED
Job or Title (if known):SUBSIDIARY OF MICROSOFT INCORPORATED, A PUBLICLY TRADED U.S. CORPORATION
Street Address:1000 W Maude Ave
City and County:Sunnyvale, Santa Clara County
State and Zip Code:California, 94085-2810
Telephone Number:N/A
Email Address:N/A

Name:TWITCH INCORPORATED
Job or Title (if known):SUBSIDIARY OF AMAZON INCORPORATED, A PUBLICLY TRADED U.S. CORPORATION
Street Address:350 Bush Street
City and County:San Francisco, San Francisco County
State and Zip Code:CA, 94104
Telephone Number:N/A
Email Address:N/A

Name:YOUTUBE INCORPORATED
Job or Title (if known):SUBSIDIARY OF GOOGLE INCORPORATED AND OR ALPHABET INCORPORATED, A PUBLICLY TRADED U.S. CORPORATION
Street Address:901 Cherry Avenue
City and County:SAN BRUNO, SAN MATEO COUNTY
State and Zip Code:CA, 94066
Telephone Number:N/A
Email Address:N/A

Name:Valve Software Incorporated
Job or Title (if known):Private Corporate Entity
Street Address:10400 NE 4th St floor 14
City and County:Bellevue, King County
State and Zip Code:Washington, 98004
Telephone Number:N/A
Email Address:N/A

Name:Reddit Incorporated
Job or Title (if known):Privately held subsidiary of ADVANCE MEDIA
Street Address:420 Taylor Street
City and County:San Francisco, San Francisco County
State and Zip Code:CA, 94102

Telephone Number:N/A
Email Address:N/A

Name:THE ELIZABETH POLICE DEPARTMENT
Job or Title (if known):New Jersey Municipal Law Enforcement Agency (City of Elizabeth)
Street Address:1 Police Plaza,
City and County:Elizabeth, Union County
State and Zip Code:NJ, 07201
Telephone Number:(908) 558-2000
Email Address:N/A

Name:TRINITAS REGIONAL MEDICAL CENTER
Job or Title (if known):New Jersey Municipal Law Enforcement Agency (City of Elizabeth)
Street Address:225 Williamson St
City and County:Elizabeth, Union County
State and Zip Code:NJ, 07202
Telephone Number:(908) 558-2000
Email Address:N/A